BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Fax: (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-CR-00073 LJO |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER |
| | ) | OF FORFEITURE |
| v. | ) | |
| | ) | |
| MATTHEW JONES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Based upon the plea agreement entered into between plaintiff United States of America and defendant Matthew Jones it is hereby

    ORDERED, ADJUDGED AND DECREED as follows:

    1.  Pursuant to 18 U.S.C. § 2253, defendant Matthew Jones' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a)  One Samsung laptop computer, serial number AG3093CPA00258A,

    b)  One external hard drive, serial number SUM080300189, and

    c)  One external USB storage device, blue in color, seized on February 3, 2011.

///

2. The above-listed property constitutes property containing visual depictions of a minor engaged in sexually explicit conduct that has been mailed, shipped, or transported using any means or facility of interstate or foreign commerce in violation of 18 U.S.C. § 2252(a)(2), all in violation of 18 U.S.C. § 2253.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty

(30) days from receipt of direct written notice, whichever is earlier.

    5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   April 18, 2011**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE