BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-CR-00073 LJO |
| ) | |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| MATTHEW JONES, ) | |
| ) | |
| Defendant. ) | |

WHEREAS, on April 18, 2011, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Matthew Jones forfeiting to the United States the following property:

      a. One Samsung laptop computer, serial number AG3093CPA00258A,

      b. One external hard drive, serial number SUM080300189, and

      b. One external USB storage device, blue in color, seized on February 3, 2011.

AND WHEREAS, beginning on April 19, 2011, for at least 30 consecutive days, the United States published notice of the

1  Court's Order of Forfeiture on the official internet government
2  forfeiture site www.forfeiture.gov.  Said published notice
3  advised all third parties of their right to petition the Court
4  within sixty (60) days from the first day of publication of the
5  notice for a hearing to adjudicate the validity of their alleged
6  legal interest in the forfeited property;
7      AND WHEREAS, the Court has been advised that no third party
8  has filed a claim to the subject property, and the time for any
9  person or entity to file a claim has expired.
10     Accordingly, it is hereby ORDERED and ADJUDGED:
11     1.   A Final Order of Forfeiture shall be entered forfeiting
12 to the United States of America all right, title, and interest in
13 the below-listed property pursuant to 18 U.S.C. § 2253, to be
14 disposed of according to law, including all right, title, and
15 interest of Matthew Jones:
16          a.   One Samsung laptop computer,
                 serial number AG3093CPA00258A,
17
            b.   One external hard drive,
18               serial number SUM080300189, and
19          b.   One external USB storage device, blue in color,
                 seized on February 3, 2011.
20
21     2.   All right, title, and interest in the above-listed
22 property shall vest solely in the name of the United States of
23 America.
24 ///
25 ///
26 ///
27 ///
28 ///

1    3.    The Department of Homeland Security, Customs and Border
2 Protection shall maintain custody of and control over the subject
3 property until it is disposed of according to law.
4          IT IS SO ORDERED.
5 **Dated:   July 1, 2011**                    /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE